UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
STARLIGHT MARITIME LTD.          :
                                 :
                Plaintiff,       :
                                 :
        - against -              :
                                 :
                                 :
PRODPROGRAMMA IMPULS LTD.        :
                                 :
                Defendant.       :
------------------------------------------------------X



## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

NONE.

Dated: June 19, 2008
       New York, NY

                                The Plaintiff,
                                STARLIGHT MARITIME LTD.

                                By: _____
                                Claurisse Campanale-Orozco (CC 3581)
                                Thomas L. Tisdale (TT 5263)
                                TISDALE LAW OFFICES, LLC
                                11 West 42nd Street, Suite 900
                                New York, NY 10036
                                (212) 354-0025 – phone
                                (212) 869-0067 – fax
                                corozco@tisdale-law.com
                                ttisdale@tisdale-law.com