Sandra Gale Behrle (SGB-4652)
COOPER BROWN & BEHRLE, P.C.
331 Madison Avenue – 2nd Floor
New York, NY 10017
Telephone:   212/957-9000
Facsimile:   212/843-9191
Email:   cbblaw@aol.com

David K. Monroe
GALLAND KHARASCH GREENBERG
FELLMAN & SWIRSKY, PC
1054 Thirty-First Street, NW – Suite 200
Washington, DC 20007
Telephone: 202/342-5200
Facsimile:   202/342-5219
Email:   dmonroe@gkglaw.com

Attorneys for Defendant PRODPROGRAMMA IMPULS LTD.

UNITED STATES DISTRICT COURT
Southern District of New York
-----------------------------------------------------------x
STARLIGHT MARITIME LTD.,

                Plaintiff,

                                              08-CV-5542 (GBD)

    -against-

PRODPROGRAMMA IMPULS LTD.,

                Defendant..
-----------------------------------------------------------x

## DEFENDANT PRODPROGRAMMA IMPULS LTD. RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Prodprogramma Impuls Ltd. certifies that the following are corporate parents, affiliates and/or subsidiaries of Prodprogramma Impuls Ltd. which are publicly held:

NONE

Dated: New York, New York
July 24, 2008

Respectfully Submitted,

By: /s/ Sandra Gale Behrle
Sandra Gale Behrle (SGB-4652)
COOPER BROWN & BEHRLE, P.C.
331 Madison Avenue – 2nd Floor
New York, New York 10017
Telephone:    212/957-9000
Facsimile:     212/843-9191
Email:          cbblaw@aol.com

David K. Monroe
GALLAND KHARASCH GREENBERG
FELLMAN & SWIRSKY, PC
1054 Thirty-First Street, NW – Suite 200
Washington, DC 20007
Telephone:    202/342-5200
Facsimile:     202/342-5219
Email:          dmonroe@gkglaw.com

*Attorneys for Defendant*
*PRODPROGRAMMA IMPULS LTD.*

CERTIFICATE OF SERVICE

I do hereby certify that I have delivered a true and correct copy of the foregoing document to the following addressee at the address stated by depositing same in the United States mail, first class postage prepaid, this _24_ day of July 2008:

> Claurisse Campanale Orozco
> Thomas L. Tisdale
> TISDALE LAW OFFICES LLC
> 11 West 42nd Street – Suite 900
> New York, NY 10036
> Telephone:   212.354.0025
> Facsimile:   212.869.0067
> Email:       corozco@tisdale-law.com
>              ttisdale@tisdale-law.com
>
> *Attorneys for Plaintiff*
> *STARLIGHT MARITIME LTD.*

_____
Sandra Gale Behrle  (SGB4562)