```
UNITED STATES DISTRICT COURT
Southern District of New York
- - - - - - - - - - - - - - - - - -x
                                    :
STARLIGHT MARITIME LTD.,            :
                                    :   08-CIV-5542 (GBD)
                  Plaintiff,        :
                                    :   NOTICE OF MOTION TO COMPEL
     -against-                      :   ARBITRATION AND TO STAY
                                    :   ACTION PENDING ARBITRATION
PRODPROGRAMMA IMPULS LTD.,          :
                                    :
                  Defendant.        :
                                    :
- - - - - - - - - - - - - - - - - -x
```

Defendant, Prodprogramma Impuls Ltd., by its attorneys Cooper, Brown & Behrle, P.C., on the declaration of Sandra Gale Behrle, dated July 24, 2008, the Memorandum of Law, and all prior pleadings and proceedings had herein, moves this Court pursuant to 9 U.S.C. §§ 3 and 8 for an order compelling plaintiff to proceed with arbitration and staying the action pending said arbitration.

Answering papers, if any, shall be served in accordance with Fed. R. Civ. P. and the court's rules within ten (10) days of receipt of this Notice.

Dated: New York, New York
       July 24, 2008

                                        COOPER, BROWN & BEHRLE, P.C.

                                        By: _____
                                        Sandra Gale Behrle (SGB-4652)
                                        331 Madison Avenue – 2nd Floor
                                        New York, New York  10017
                                        Telephone: (212) 957-9000
                                        Facsimile: (212) 843-9191
                                        Email:     cbblaw@aol.com

David K. Monroe, Esq.
GALLAND KHARASCH GREENBERG
FELLMAN & SWIRSKY, PC
1054 Thirty-First Street, NW
Suite 200
Washington, D.C. 20007
Telephone: (202) 342-5200
Facsimile: (202) 342-5219
Email:     dmonroe@gkglaw.com

Attorneys for Defendant
PRODPROGRAMMA IMPULS LTD.


To:

Claurisse Campanale Orozco, Esq.
Thomas L. Tisdale, Esq.
TISDALE LAW OFFICES LLC
Attorneys for Plaintiff
11 West 42nd Street – Suite 900
New York, New York 10036